```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | | |
|---|---|---|
| ROBERT and CATHERINE SHELTON, | ) | 3:08-CV-00017-ECR-VPC |
| | ) | |
|     Plaintiffs, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: May 5, 2010 |
| | ) | |
| THE ESTATE OF GREGORY D. MACMILLAN, AND JOHN DOE 1-20, | ) | |
| | ) | |
|     Defendants. | ) | |
| GREAT WEST CASUALTY COMPANY, a Nebraska Corporation, | ) | |
| | ) | |
|     Intervenor. | ) | |
| GREAT WEST CASUALTY COMPANY, a Nebraska Corporation, | ) | |
| | ) | |
|     Cross-Claimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT W. SHELTON, | ) | |
| | ) | |
|     Cross-Defendant. | ) | |

PRESENT:   EDWARD C. REED, JR.                         U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN         Reporter:   NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

**IT IS HEREBY ORDERED** the Order of the Court (#164) that judgment be entered in the case, filed on May 5, 2010, and the Judgment (#168), entered pursuant to the Order (#164), also filed May 5, 2010, are **VACATED**.

It is inappropriate that judgment be entered in the case when there are still pending claims that are unresolved, i.e. the Crossclaim (#21), filed by Plaintiff/Intervenor Great West Casualty Company against Plaintiff

2

Robert Shelton.  It will not be appropriate to enter judgment based on the verdict until all claims involved in the case have been resolved.

                                        LANCE S. WILSON, CLERK

                                        By       /s/
                                                Deputy Clerk