AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

SHELTON, et al.,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:08-cv-00017-ECR-VPC**

MACMILLAN, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the previous Judgment (#178) of the Court is VACATED. **IT IS FURTHER ORDERED** that, pursuant to the stipulation of the parties, the above-entitled action is DISMISSED with prejudice, said dismissal to constitute a retraxit, and the parties to bear their own costs and attorneys' fees.


  July 1, 2010                               **LANCE S. WILSON**
                                              Clerk

                                                /s/ P. McDonald
                                                Deputy Clerk